# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:03cr84-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JONNA KATRICE HOWARD, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| NOVANT HEALTH, INC., ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Writ of Continuing Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Writ of Continuing Garnishment (#91) is **GRANTED,** and the writ against such defendant as to such garnishee is **DISMISSED**.

Signed: February 24, 2012

Max O. Cogburn Jr.
United States District Judge